IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA R. MINNICK,<br><br>          Plaintiff,<br><br>     vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>          Defendant. | 1:11cv0859 DLB<br><br>ORDER GRANTING MOTION<br>FOR EXTENSION OF TIME<br><br>(Document 13) |

On January 6, 2012, Plaintiff filed a motion for leave to file an opening brief. Plaintiff states that the opening brief was prepared within the allotted time but was not filed because of a secretarial error in counsel's office.

Defendant does not oppose an extension of time.

Plaintiff's request is GRANTED. Plaintiff SHALL FILE her opening brief on or before January 13, 2012.

IT IS SO ORDERED.

    Dated:  **January 6, 2012**                    **/s/ Dennis L. Beck**
                                                                     UNITED STATES MAGISTRATE JUDGE

1