IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA R. MINNICK,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | 1:11cv0859 DLB<br><br>ORDER TO SHOW CAUSE |

　　　On May 25, 2011, Plaintiff filed the present action for judicial review of the denial of Social Security benefits. On May 26, 2011, the Court issued a Scheduling Order. The Scheduling Order states that Defendant's responsive brief is due within thirty (30) days of service of Plaintiff's opening brief.

　　　On January 6, 2012, after receiving an extension of time, Plaintiff filed her opening brief. Pursuant to the Scheduling Order, Defendant's responsive brief was due on or before February 6, 2012. Defendant has failed to file a brief.

　　　Therefore, Defendant is ORDERED TO SHOW CAUSE, if any he has, why sanctions should not be imposed for failure to comply with the Court's orders. Defendant is ORDERED to file a

1

written response to this Order to Show Cause within twenty (20) days of the date of this Order. Defendant may also respond to this Order by filing a responsive brief within this time frame.

Failure to respond to this Order to Show Cause will result in the imposition of sanctions.

IT IS SO ORDERED.

    Dated:   **February 24, 2012**            **/s/ Dennis L. Beck**
                                                      UNITED STATES MAGISTRATE JUDGE