1

2

3

4

5

6

7            IN THE UNITED STATES DISTRICT COURT FOR THE

8                  EASTERN DISTRICT OF CALIFORNIA

9

THERESA R. MINNICK,                )        1:11cv0859 DLB

10                                 )
                                   )
11                                 )
                                   )        ORDER DISCHARGING ORDER
12                                 )        TO SHOW CAUSE
            Plaintiff,             )
13                                 )        (Document 17)
       vs.                         )
14                                 )
COMMISSIONER OF SOCIAL             )
15  SECURITY,                      )
                                   )
16                                 )
            Defendant.             )
17  _____)

18

19        On February 27, 2012, the Court issued an order to show cause why sanctions should not be

20  imposed for Defendant's failure to file a responsive brief.  The Court explained that Defendant could

21  comply with the order to show cause by filing a responsive brief within twenty (20) days.

22        Defendant filed his brief on March 4, 2012, and the order to show cause is therefore

23  DISCHARGED.

24

25     IT IS SO ORDERED.

26     **Dated:    March 5, 2012              /s/ Dennis L. Beck**
                                    UNITED STATES MAGISTRATE JUDGE
27

28
                                    1