IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THERESA R. MINNICK, | ) | 1:11cv0859 DLB |
| | ) | |
| | ) | |
| | ) | ORDER DISCHARGING ORDER |
| | ) | TO SHOW CAUSE |
| Plaintiff, | ) | |
| | ) | (Document 17) |
| vs. | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

On February 27, 2012, the Court issued an order to show cause why sanctions should not be imposed for Defendant's failure to file a responsive brief. The Court explained that Defendant could comply with the order to show cause by filing a responsive brief within twenty (20) days.

Defendant filed his brief on March 4, 2012, and the order to show cause is therefore DISCHARGED.

IT IS SO ORDERED.

    **Dated:   March 5, 2012**                    /s/ Dennis L. Beck
                                                                  UNITED STATES MAGISTRATE JUDGE

1